We perceive no error in the record, and the judgment is affirmed.

## On Motion for Rehearing.

BEAUCHAMP, Judge.

Appellant filed motion for rehearing in this cause based principally on the contention that the court was in error in holding admissible the evidence obtained by reason of the search of appellant. This is based on the proposition that she was not lawfully arrested.

Nothing is presented which was not considered in the original opinion. This, we believe, sufficiently expresses the view of a majority of the court. Consequently, it is not considered necessary to write further.

The motion for rehearing is overruled.

HAWKINS, Presiding Judge (dissenting).

My views were expressed in the Bob Holt case, Holt v. State, Tex.Cr.App., 160 S.W.2d 944. It is not necessary to write further.

### JONES v. STATE.

No. 22065.

Court of Criminal Appeals of Texas.

April 8, 1942.

Earl Shelton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is assault with intent to murder. The punishment assessed is confinement in the state penitentiary for a term of three years.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appear to be in regular form.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.